No. 00–97.  ADAMS ET AL. *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL.  Affirmed on appeal from D. C. D. C. JUSTICE STEVENS would dismiss the appeal.

No. 99–9743.  GARROTT *v.* UNITED STATES.  C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Slack* v. *McDaniel,* 529 U. S. 473 (2000).

No. 99–10024.  HESTER *v.* UNITED STATES.  C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–5198.  SMITH *v.* UNITED STATES.  C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–5613.  RENOIR *v.* CHRIS ET AL.  C. A. 4th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 00–5765.  VARGAS *v.* RAY, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL.  Super. Ct. Fulton County, Ga. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 00M27.  BAKER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; and
No. 00M28.  MCGLONE *v.* OUTGAMIE COUNTY, WISCONSIN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.